# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| LAVENDER ROAD MANAGEMENT, LLC d/b/a LAVENDER PLACE, <br><br> Plaintiff, <br><br> v. <br><br> HANOVER INSURANCE COMPANY, <br><br> Defendant. | § § § § § § § § § § § § § Case No. 6:23-cv-277-JDK |

## FINAL JUDGMENT

The Court, having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Plaintiff's claims are **DISMISSED** with prejudice. All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **8th** day of **August, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE